# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BILL BEIGL, | ) | |
| | ) | |
| Plaintiff, | ) | 12-cv-150 |
| | ) | |
| vs. | ) | Judge Milton I. Shadur |
| | ) | Magistrate Judge Sidney I. Schenkier |
| NORTHWEST COLLECTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION BY COUNSEL FOR PLAINTIFF TO WITHDRAW

Counsel for Plaintiff Bill Beigl respectfully ask leave of the Court to withdraw as counsel for Mr. Beigl in the present matter.

In support of this motion, counsel states as follows:

1. Counsel and Mr. Beigl have recently developed irreconcilable differences regarding appropriate strategy in the instant litigation.

2. Counsel cannot effectively represent Mr. Beigl in this matter given the disagreement over how to proceed.

3. Counsel has informed Mr. Beigl of the instant motion.

4. Counsel is serving this motion on Mr. Beigl by electronic mail and certified mail.

5. Counsel's disagreement with Mr. Beigl does not pertain to attorney's fees.

WHEREFORE, counsel for Plaintiff Bill Beigl respectfully ask leave of the Court to withdraw as counsel for Mr. Beigl in the present matter.

Respectfully submitted,

s/ Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Francis R. Greene, hereby certify that on August 27, 2012, I caused to be filed the foregoing documents via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com
cheggie@hinshawlaw.com

                                               s/ Francis R. Greene
                                               Francis R. Greene