```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
```

| | | |
|---|---|---|
| BILL BEIGL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|  v. | ) | No.  12 C 150 |
| | ) | |
| NORTHWEST COLLECTORS, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

### MEMORANDUM ORDER

This Court has previously granted the motion for sanctions filed by defendant Northwest Collectors, Inc. ("Northwest") against plaintiff Bill Beigl ("Beigl") for having violated the Fair Debt Collection Practices Act. Northwest's counsel have filed two submissions in support of their request seeking Beigl's payment of its attorney's fees and expenses, and this memorandum order is issued following Beigl's failure to respond.

Although Northwest's October 4 submission requests an aggregate payment of $25,227.50 in fees and $1,024.50 in expenses, this Court's review of the time records and invoices attached as exhibits reveals that such a claim is excessive. That is so because at a point when Northwest's total obligation to its counsel aggregated $10,000, all further bills submitted by Northwest's law firm were rendered not to its client but to The Travelers Companies, Inc.

It appears clear that Northwest's insurance coverage had a $10,000 deductible, with the excess being paid by the insurer.

Accordingly Beigl is ordered to pay to Northwest a sum of $9,801.25 (the $10,000 billed by the law firm to Northwest, less $198.75 in expenses disallowed by this Court).

_____
Milton I. Shadur
Senior United States District Judge

Date: November 13, 2012